

**SILVERMAN THOMPSON**
Silverman Thompson Slutkin White

ATTORNEYS AT LAW

*A Limited Liability Company*
400 East Pratt Street
9th Floor
Baltimore, Maryland 21202
Telephone 410.385.2225
Facsimile 410.547.2432
**silvermanthompson.com**

*Baltimore | Towson | Washington, DC*

Writer's Direct
Contact

July 30, 2026

Honorable Julie R. Rubin
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

      Re:    *United States v. Anthony Harlow*
              <u>Criminal No. JRR-13-00171</u>

Dear Judge Rubin:

      I am writing to request that the Court conduct a Violation of Supervised Release hearing in the above-captioned case.

      On January 8, 2014, Mr. Harlow was sentenced by then Chief Judge Catherine Blake to 120 months incarceration followed by five (5) years of Supervised Release following his convictions for Possession with Intent to Distribute Cocaine and Possession of a Firearm in Furtherance of a Drug Trafficking Offense. (ECF 44). Mr. Harlow completed service of his sentence on January 21, 2022, and commenced Supervised Release.

      On April 20, 2026, Mr. Harlow pleaded guilty in Baltimore County Circuit Court to Possession with Intent to Distribute Narcotics and received a sentence of three (3) years incarnation from Circuit Judge Robert Cahill. He is currently serving that sentence at the Roxbury Correctional Institution in Hagerstown, MD.

      On October 27, 2025, the United States Probation Office submitted notification to the Court about Mr. Harlow's new charges in Baltimore County. No follow-up report has yet been submitted to the Court regarding this case despite the guilty plea and sentencing. Because Mr. Harlow has pleaded guilty to a new criminal offense, he is necessarily in violation of the terms of his Supervised Release in this case.

      I am writing to request that the Court schedule a hearing on this matter as soon as practicable. Mr. Harlow is currently serving his state sentence and very much wants to get the pending violation of his Supervised Release resolved.

Honorable Julie R. Rubin
July 30, 2026
Page Two

According to the ECF system, there is no current AUSA assigned to this case inasmuch as both prosecutors listed in ECF have left the United States Attorney's Office. Undersigned counsel will, however, send a copy of this letter to FAUSA Jason Medinger and ask that he assign an AUSA to handle a violation hearing in this case.

Respectfully submitted,

/s/

Andrew C. White

cc:    AUSA Medinger